Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB - State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lorraine Koch,<br>　　　　　　　Plaintiff,<br>v.<br>Commissioner of Social Security,<br>　　　　　　　Defendant. | Civil Action No: 2:09-CV-01530 KJM<br><br>STIPULATION FOR EXTENSION<br>OF TIME FOR FILING MOTION<br>FOR SUMMARY JUDGMENT; ORDER |

　　　　IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, March 10, 2010, to file the Motion for Summary Judgment.

　　　　IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated: 2/8/10　　　　　　　　　　　　　　/ s / Joseph C. Fraulob
　　　　　　　　　　　　　　　　　　　　　Joseph Fraulob
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: 2/8/10　　　　　　　　　　　　　　/ s / Elizabeth Firer
　　　　　　　　　　　　　　　　　　　　　Elizabeth Firer
　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

IT IS ORDERED

Date:  February 22, 2010.

_____
U.S. MAGISTRATE JUDGE