1  Law Offices of Hadley & Fraulob
   230 Fifth Street
2  Marysville, CA  95901
   (530) 743-4458
3
   JOSEPH C. FRAULOB - State Bar #194355
4  Attorney for Plaintiff

5

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11

12  Lorraine Koch,                )        Civil Action No: 2:09-CV-01530 KJM
                 Plaintiff,       )
13                                )        STIPULATION FOR EXTENSION
    v.                            )        OF TIME FOR FILING MOTION
14                                )        FOR SUMMARY JUDGMENT; ORDER
    Commissioner of Social Security, )
15               Defendant.       )
                                  )
16

17      IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is

18  granted an extension of thirty days, through Wednesday, March 10, 2010, to file the Motion for

19  Summary Judgment.

20      IT IS HEREBY NOTED that this is plaintiff's second extension requested.

21

22  Dated: 2/8/10                          / s / Joseph C. Fraulob
                                           Joseph Fraulob
23                                         Attorney for Plaintiff

24  Dated: 2/8/10                          / s / Elizabeth Firer
                                           Elizabeth Firer
25                                         Special Assistant U.S. Attorney
                                           Attorney for Defendant
26
    IT IS ORDERED
27
    Date:  February 22, 2010.
28
                                           _____
                                           U.S. MAGISTRATE JUDGE