Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH C. FRAULOB - State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lorraine Koch, )<br>               Plaintiff, )<br>)<br>v. )<br>)<br>Commissioner of Social Security, )<br>               Defendant. )<br>) | Civil Action No: 2:09-CV-01530 KJM<br><br>STIPULATION FOR DISMISSAL;<br>ORDER |

      IT IS HEREBY STIPULATED by and between the parties, through their resepctive attorneys, that the above entitled action may be dismissed, pursuant to provision of Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated: 3/12/10                                  / s / Joseph C. Fraulob
                                                 Joseph Fraulob
                                                 Attorney for Plaintiff

Dated: 3/12/10                                  / s / Elizabeth Firer
                                                 Elizabeth Firer
                                                 Special Assistant U.S. Attorney
                                                 Attorney for Defendant

APPROVED AND SO ORDERED

Dated: March 15, 2010.

_____
U.S. MAGISTRATE JUDGE