1  Law Offices of Hadley & Fraulob
   230 Fifth Street
2  Marysville, CA  95901
   (530) 743-4458
3
   JOSEPH C. FRAULOB - State Bar #194355
4  Attorney for Plaintiff

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11

12 Lorraine Koch,                  )    Civil Action No: 2:09-CV-01530 KJM
               Plaintiff,          )
13                                 )    STIPULATION FOR DISMISSAL;
                                   )    ORDER
14 v.                              )
                                   )
15 Commissioner of Social Security,)
               Defendant.          )
16                                 )

17
           IT IS HEREBY STIPULATED by and between the parties, through their resepctive
18
   attorneys, that the above entitled action may be dismissed, pursuant to provision of Rule
19
   41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.
20

21
   Dated: 3/12/10                          / s / Joseph C. Fraulob
22                                         Joseph Fraulob
                                           Attorney for Plaintiff
23
   Dated: 3/12/10                          / s / Elizabeth Firer
24                                         Elizabeth Firer
                                           Special Assistant U.S. Attorney
25                                         Attorney for Defendant

26 APPROVED AND SO ORDERED

27 Dated: March 15, 2010.

28
                                           _____
                                           U.S. MAGISTRATE JUDGE